**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6366**

MOHAMMED NASSER JILANI,

            Plaintiff - Appellant,

        v.

DONNIE HARRISON, Warden, Wake County Sheriff's Office; JUAN ADAMS,
Officer, Wake County Sheriff's Office; WAKE COUNTY SHERIFF'S OFFICE,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:15-ct-03271-FL)

Submitted:  July 19, 2018                        Decided:  July 24, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammed Nasser Jilani, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Nasser Jilani appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jilani v. Harrison*, No. 5:15-ct-03271-FL (E.D.N.C. Mar. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*